UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Valerie Raskin, on behalf of all other similarly situated,<br><br>              Plaintiff(s),<br>v.<br>Bausch & Lomb, Inc., et al.,<br><br>              Defendant(s). | Case No. 3:24-cv-06442-JCS<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Madison Hatten, an active member in good standing of the bar of Missouri, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Bausch & Lomb, Inc in the above-entitled action. My local co-counsel in this case is Alicia J. Donahue, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 117412.

| | |
|---|---|
| Shook, Hardy & Bacon LLP<br>2555 Grand Blvd, Kansas City, MO 64108<br>MY ADDRESS OF RECORD | Shook, Hardy & Bacon LLP<br>555 Mission St., Ste. 2300, San Francisco, CA 94105<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 816-474-6550<br>MY TELEPHONE # OF RECOR | 415-544-1900<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| mhatten@shb.com<br>MY EMAIL ADDRESS OF RECORD | adonahue@shb.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 66059.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __1__ time in the 12 months preceding this application.

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2 the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3 Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/22/2024                                         Madison Hatten
                                                         APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Madison Hatten  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 17, 2024



UNITED STATES MAGISTRATE JUDGE