**SHOOK, HARDY & BACON L.L.P.**
Alicia J. Donahue, SBN 117412
555 Mission Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 544-1900
Facsimile: (415) 391-0281
adonahue@shb.com

Eric M. Anielak, admitted *pro hac vice*
Madison M. Hatten, admitted *pro hac vice*
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5447
eanielak@shb.com
mhatten@shb.com

Attorneys for Defendant
BAUSCH & LOMB INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VALERIE RASKIN, on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAUSCH & LOMB, INC. and DOES 1-100 inclusive,<br><br>Defendants. | Case No. 3:24-cv-06442-JCS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BAUSCH & LOMB INCORPORATION'S MOTION TO DISMISS PURSUANT TO FED R. CIV. P. 12(b)(6)** |

## [PROPOSED] ORDER

Defendant Bausch & Lomb Incorporated's Motion to Dismiss Pursuant to Rule 12(b)(6) was heard by this Court on October 23, 2024, at 9:30 a.m. Having considered all papers filed in support of and in opposition to the motion, oral arguments of counsel, and all other pleadings and papers on file herein, the Court hereby orders that defendant Bausch & Lomb Incorporated's Motion to Dismiss Pursuant To Rule 12(b)(6) is **GRANTED** on the following grounds:

DEFENDANT BAUSCH & LOMB INCORPORATED'S [PROPOSED] ORDER GRANTING MOTION TO DISMISS
CASE NO. 3:24-CV-06442-JCS

1. Plaintiff fails to allege sufficient facts in support of her claims under California's Unfair Competition Law to satisfy Rule 9(b).

2. Plaintiff fails to allege an actionable misrepresentation or omission.

3. Plaintiff's claim for equitable relief fails because she does not have standing to seek injunctive relief and fails to plead facts showing legal remedies are inadequate.

Accordingly, Plaintiff's claims are **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated: _____                    _____

Magistrate Judge Joseph C. Spero
United States Magistrate Judge