1  SHOUNAK S. DHARAP (SBN 311557)
    ssd@arnslaw.com
2  ROBERT C. FOSS (SBN (SBN 275489)
    rcf@arnslaw.com
3  KATHERINE A. RABAGO (SBN 333374)
    kar@arnslaw.com
4  **ARNS DAVIS LAW**
    515 Folsom St., 3rd Floor
5  San Francisco, CA 94109
    Tel: (415) 495-7800
6  Fax: (415) 495-7888

ATTORNEYS FOR PLAINTIFF
VALERIE RASKIN, on behalf of all other
similarly situated

ALICIA J. DONAHUE (SBN 117412)
adonahue@shb.com
**SHOOK, HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 544-1900
Facsimile: (415) 391-0281

ATTORNEYS FOR DEFENDANT,
BAUSCH & LOMB INCORPORATED

*(Additional Attorneys on signature)*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| VALERIE RASKIN, on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAUSCH & LOMB, INC.; DOES 1 – 100, inclusive,<br><br>Defendants. | CASE NO. 3:24-cv-06442-AMO<br><br>**JOINT REQUEST TO APPEAR AT THE DECEMBER 19, 2024, INITIAL CASE MANAGEMENT CONFERENCE BY REMOTE VIDEO CONFERENCE**<br><br>Date:   December 19, 2024<br>Time:   10:00 a.m.<br>Judge:  Hon. Araceli Martinez-Olguin<br>Courtroom: 10 |

## JOINT REQUEST FOR REMOTE APPEARANCE

Pursuant to the Standing Order for Civil Cases before Honorable Araceli Martinez-Olguin of the Northern District of California, Plaintiff Valerie Raskin, on Behalf of All Other Similarly Situated, and Defendants BAUSCH & LOMB INCORPORATED (incorrectly identified as

-1-
**REQUEST TO APPEAR BY REMOTE VIDEO CONFERENCE**

"Bausch & Lomb, Inc.") (the "Parties") hereby jointly request that the Court allow counsel to appear via Zoom for the Initial Case Management Conference in this case on December 19, 2024.

The Parties seek permission to appear virtually due to considerations of travel time and expense. Defendants counsel will be out of town at the time of this hearing in order to attend a deposition.

Pursuant to Local Rule 5–1(i), the filer of this document attests that the other Signatory of this document has concurred with the filing of this document.

DATED: December 12, 2024                ARNS DAVIS LAW

                                        By:     /s/ Shounak S. Dharap
                                            Shounak S. Dharap (SBN 311557)
                                            Robert C. Foss (SBN 275489)
                                            Katherine A. Rabago (SBN 333374)

                                            Attorneys for Plaintiff VALERIE RASKIN, on behalf of all other similarly situated

DATED: December 12, 2024                SHOOK, HARDY & BACON L.L.P.

                                        By:     /s/ Alicia J. Donahue
                                            Alicia J. Donahue (SBN 117412)
                                            Eric M. Anielak (admitted pro hac vice)
                                            Madison M. Hatten (admitted pro hac vice)

                                            Attorneys for Defendant BAUSCH & LOMB, INCORPORATED